07wf17010a-Ord(Pretrial Motions-II).wpd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROBERT JOWERS, et al.,** : | |
| : | **Case No. 07-WF-17010** |
| **Plaintiffs,** : | **(a/k/a Case No. 06-CV-01187 (S.D. Miss.))** |
| : | |
| v. : | **JUDGE O'MALLEY** |
| : | |
| **LINCOLN ELECTRIC CO., et al.,** : | **MEMORANDUM AND ORDER** |
| : | |
| **Defendants** : | |

On January 23-24, 2008, the Court held hearings on the record on the pretrial motions filed in this case, and entered rulings on those motions. On January 28, 2008, the Court entered an Order (docket no. 354) documenting some of those rulings, *solely* for the purpose of ensuring the docket no longer showed the motions as pending. This Order does the same. For the reasons and to the extent stated on the record, and with the conditions and caveats there explained, the Court ruled as follows:[1]

Dkt. 327    Jowers' Motion in Limine to Certain Testimony of Dr. Schapira is **taken under advisement**.

Dkt. 336    Jowers' Motion in Limine to Exclude Reference to Certain Attorneys is **granted in part and denied in part**.

Dkt. 339    Jowers' Motion in Limine to Exclude Testimony Regarding Manganese Serum Test Results is **granted**.

---

[1] All denials of motions regarding admissibility of testimony are without prejudice to the parties' right to raise appropriate objections at trial and on appeal. This Order merely documents the Court's rulings in highly simplified fashion; the full contours of the Court's rulings were set out on the record during the hearing, and during previous hearings in this MDL.

Dkt. 340    Jowers' Motion in Limine to Exclude Deposition Testimony of Dr. Bennett is **denied as moot**.

Dkt. 341    Jowers' Motion in Limine to Strike Certain Deposition Designations is **denied without prejudice**.

**IT IS SO ORDERED.**

/s/ Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED**: January 31, 2008